UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SHERYL SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| HOLLY TURNER, JOHN EINHAUS, ) | |
| SYLVESTER YOUNG, ROGER YOUNG, ) | |
| STATE FARM INSURANCE - ADJUSTER ) | CASE NO. 1:05-cv-0238-DFH-VSS |
| BRYAN GRAHAM, INDIANA MUTUAL ) | |
| CREDIT ASSOCIATION, TRANS UNION, ) | |
| EXPERIAN, EQUIFAX, CSC CREDIT ) | |
| SERVICES, PREMIER RECOVERY, INC., ) | |
| and COLLECTION ASSOCIATES, INC., ) | |
| ) | |
| Defendants. ) | |

ORDER

Plaintiff's *pro se* complaint includes a heading at page 18 reading "Plaintiff Seeks Summary Judgment." This heading, which is not accompanied by references to Rule 56 or supporting evidence, let alone the usual summary judgment apparatus under Local Rule 56.1, is now the subject of one motion to strike (Docket No. 24) and two motions to join in that motion to strike (Docket Nos. 45 and 49). All three are hereby denied. Plaintiff has not moved for summary judgment. There is no need to edit the *pro se* complaint in this manner.

So ordered.

Date:  May 18, 2005

_____
DAVID F. HAMILTON, JUDGE
United States District Court
Southern District of Indiana

-3-

Copies to:

Thomas E. Deer
LOCKE REYNOLDS LLP
tdeer@locke.com

Joseph W. Gelwicks
RENDIGS FRY KIELY & DENNIS LLP
jgelwicks@rendigs.com

Dennis E. Harrold
MCNEELY STEPHENSON THOPY & HARROLD
deh@msth.com

Robert Wayne Hash
DUFFIN & HASH LLP
rwhash@duffinandhash.com

Curtis W. McCauley
ICE MILLER
mccauley@icemiller.com

James Elbert Pruett
prulaw@etczone.com

Thomas Edward Rosta
KOPKA PINKUS DOLIN & EADS PC
terosta@kpdlawfirm.com

Robert J. Schuckit
KATZ & KORIN
rschuckit@katzkorin.com

Peter A. Velde
KIGHTLINGER & GRAY
pvelde@k-glaw.com

SHERYL SMITH
973 N. Shadeland Avenue
Indianapolis, IN 46219