UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SHERYL SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 1:05-cv-238-DFH-VSS |
| ) | |
| HOLLY TURNER, et al., ) | |
| ) | |
| Defendants. ) | |

PARTIAL FINAL JUDGMENT

The court, having this day made its Entry, and having also made its certification and findings that a partial final judgment should be issued pursuant to Rule 54(b) as to certain claims,

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the claims asserted by plaintiff Sheryl Smith against defendants Holly Turner, John Einhaus, Sylvester Young, and Roger Young are dismissed for lack of subject matter jurisdiction.

Date:   3/29/06

DAVID F. HAMILTON, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

By: Deputy Clerk

Copies to:

Thomas E. Deer
LOCKE REYNOLDS LLP
tdeer@locke.com

Ryan G. Duffin
DUFFIN & HASH LLP
dhlaw@duffinandhash.com

John Joseph Friedline
KILPATRICK STOCKTON LLP
jfriedline@kilpatrickstockton.com

Joseph W. Gelwicks
RENDIGS FRY KIELY & DENNIS LLP
jgelwicks@rendigs.com

Dennis E. Harrold
MCNEELY STEPHENSON THOPY & HARROLD
deh@msth.com

Robert Wayne Hash
DUFFIN & HASH LLP
rwhash@duffinandhash.com

Curtis W. McCauley
ICE MILLER LLP
mccauley@icemiller.com

James Elbert Pruett
prulaw@etczone.com

James W. Riley Jr.
RILEY BENNETT & EGLOFF LLP
jriley@rbelaw.com

Thomas Edward Rosta
KOPKA PINKUS DOLIN & EADS PC
terosta@kpdlawfirm.com

Robert J. Schuckit
SCHUCKIT & ASSOCIATES, P.C.
rschuckit@schuckitlaw.com

-3-

Karey Vering Skiermont
JONES DAY
kskiermont@jonesday.com

Peter A. Velde
KIGHTLINGER & GRAY
pvelde@k-glaw.com

Robert G. Weddle
TABBERT HAHN EARNEST & WEDDLE LLP
rgw@tabberthahn.com

John Matthew Wright
JONES DAY
jwright@jonesday.com

SHERYL SMITH
973 N. Shadeland Avenue
Indianapolis, IN 46219